IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

          Plaintiff,

v.                                                           Case No. 05-M-849 (PAC)

MESA OIL, INC., a corporation,

          Defendant.

---

**ORDER FOR STIPULATED
VOLUNTARY DISMISSAL WITH PREJUDICE**

---

This matter coming before the Court on the parties' Stipulated Voluntary Dismissal with Prejudice, and the Court being advised in the premises:

ORDERS that the above-captioned matter is hereby dismissed with prejudice, each party to pay its own attorneys' fees and court costs.

Dated this 16 day of August, 2005.

BY THE COURT

*/s/ Richard P. Matsch*

Honorable Richard P. Matsch

92271.1